UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISA ABUBAKA,<br><br>       Petitioner,<br>  v.<br><br>PAMELA BONDI, *et al.*,<br><br>       Respondents. | CASE NO. 2:25-cv-01889-RSL-GJL<br><br>ORDER TO SHOW CAUSE |

  The District Court has referred this immigration habeas action to United States Magistrate Judge Grady J. Leupold. Currently before the Court are Petitioner Isa Abubaka's initial filings, including a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1) and a Motion to Appoint Counsel supported by a Letter from the Federal Public Defender's Office indicating their willingness to represent Petitioner in this matter (Dkt. 2). Petitioner has paid the $5.00 filing fee. *See* Dkt. 1.

  In the Motion to Appoint Counsel, Petitioner makes a single statement regarding his financial eligibility for the appointment of counsel: "Petitioner does not have the financial resources to retain counsel as he is presently in custody." Dkt. 2 at 1. Before the Court may

ORDER TO SHOW CAUSE - 1

appoint counsel in this case, it must confirm Petitioner's financial eligibility. *See* 18 U.S.C. § 3006A(a)(2)(B) ("Whenever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for *any financially eligible person* who…is seeking relief under section 2241[.]") (emphasis added). As the current record lacks any information about Petitioner's financial resources, the Court is unable to appoint counsel at this time.

Accordingly, Petitioner is **ORDERED** to **SHOW CAUSE** by **October 6, 2025**, why his Motion to Appoint Counsel (Dkt. 2) should not be **DISMISSED** for lack of financial eligibility. Petitioner's response to this Order should include a sworn declaration detailing the total amount of funds currently available to him as well as any liabilities or financial obligations detracting from that sum.

The Clerk of Court is **DIRECTED** to **RENOTE** Petitioner's Motion to Appoint Counsel (Dkt. 2) for consideration on **October 6, 2025**.

Dated this 2nd day of October, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2