UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISA ABUBAKA,<br><br>      Petitioner,<br> v.<br><br>PAMELA BONDI, *et al.*,<br><br>      Respondents. | CASE NO. 2:25-cv-01889-RSL-GJL<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDER |

Petitioner Isa Abubaka filed a Motion to Appoint Counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. Petitioner also submitted a Letter from the Federal Public Defender's Office indicating their willingness to represent him in this case and an Application to proceed *in forma pauperis* demonstrating his indigency. Dkts. 2-1, 5-1. Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS**:

  (1) The Court is in receipt of a letter from the Federal Public Defender's Office indicating this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. 2-1. Because of the complex issues involved in this case, the interests of

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 1

justice do require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated financial eligibility for such appointment. *See* Dkt. 5-1. Accordingly, Petitioner's request for appointment of counsel is **GRANTED**. Dkt. 2. The Court **APPOINTS** the Federal Public Defender to represent Petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents, and to the Honorable Robert S. Lasnik.

Dated this 6th day of October, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 2