THE HONORABLE ROBERT S. LASNIK
THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISA ABUBAKA,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>    Respondents. | No. 2:25-cv-01889-RSL-GJL<br><br>STIPULATED MOTION TO SET BRIEFING SCHEDULE AND ORDER |

Petitioner Isa Abubaka and Federal Respondents, through counsel, in order to expedite a ruling by this Court, and to avoid duplicative briefing on Mr. Abubaka's Petition and Request for Injunctive Relief, both before the Magistrate Judge and subsequently the District Court, the parties stipulate to a briefing schedule. A comparable Order was recently issued in *Tran v. Scott*, 2:25-cv-01886-TMC-BAT. Dkt. #8.

I.   **STATEMENT OF FACTS**

Mr. Abubaka filed a Petition for Writ of Habeas Corpus and Request for Injunctive Relief on September 30, 2025. Dkt. #1. On October 1, 2025, this Court referred the Petition and Request for Injunctive Relief to Magistrate Judge Grady J. Leupold. On October 6, 2025, Magistrate Judge Leupold appointed the Federal Public Defender to represent Mr. Abubaka. Dkt. #6. On the same date, Magistrate Judge Leupold ordered Respondents to file a return to the petition within 30 days. Dkt. #7.

As matters currently stand, Respondents would file a return no later than November 5, 2025, after which Mr. Abubaka would be entitled to file a traverse.

STIPULATED MOTION TO SET BRIEFING
SCHEDULE AND ORDER
(*Abubaka v. Bondi, et al.*, 2:25-cv-01889-RSL-GJL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

Magistrate Judge Leupold would issue a Report and Recommendation, after which there would be an opportunity for objection and response. As a result, the matter would not be before Judge Robert S. Lasnik for a lengthy period.

## II.  STIPULATED MOTION

To avoid multiple rounds of briefing on the petition, the parties stipulate to the following:

Federal Respondents will file a response to the habeas petition no later than October 21, 2025. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

Petitioner will file a reply no later than October 28, 2025.

The Court will note the habeas petition for October 28, 2025.

The parties further request that the Court terminate the referral to Magistrate Judge Leupold, in order to expedite a final ruling by the Court.

The Order directing Federal respondents to file a response to the petition within 30 days (dkt. #7) will be stricken.

RESPECTFULLY SUBMITTED this 8th day of October 2025.

CHARLES NEIL FLOYD
Acting United States Attorney

s/ *Kristin B. Johnson*
Kristin B. Johnson, WSBA No. 28189
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 428-3800
E-mail: Kristin.b.johnson@usdoj.gov

*Attorneys for Federal Respondents*

s/ *Vicki W.W. Lai*
Vicki W.W. Lai, WSBA No. 23935
Assistant Federal Public Defender
Federal Public Defender
1601 Fifth Avenue, Ste 700
Seattle, WA 98101
Phone: 206-553-1100
E-mail: vicki_lai@fd.org

*Attorney for Petitioner*

I certify this motion contains 327 words in compliance with the Local Civil Rules.

STIPULATED MOTION TO SET BRIEFING
SCHEDULE AND ORDER
(*Abubaka v. Bondi, et al.*, 2:25-cv-01889-RSL-GJL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

# ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the following briefing schedule shall be entered:

Federal Respondents shall file a response to the habeas petition no later than October 21, 2025. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

Petitioner will file a reply no later than October 28, 2025.

The Court will note the habeas petition for October 28, 2025.

Because this Court will address the expedited habeas petition, the Court terminates the referral to Magistrate Judge Grady J. Leupold.

It is so ORDERED.

DONE this 8th day of October 2025.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vicki W.W. Lai*
Assistant Federal Public Defender
Attorney for Petitioner

s/ *Kristin B. Johnson*
Assistant United States Attorney
Attorney for Federal Respondents

STIPULATED MOTION TO SET BRIEFING
SCHEDULE AND ORDER
(*Abubaka v. Bondi, et al.*, 2:25-cv-01889-RSL-GJL) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100